UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Hatzioannide,<br><br>                Plaintiff,<br>v.<br><br>American Coradius International, LLC; and DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 1:14-cv-03265-MKB-RML |

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against American Coradius International, LLC with prejudice and without costs to any party.

| | |
|---|---|
| Peter Hatzioannide | American Coradius International, LLC |
| /s/ Sergei Lemberg | /s/ Aaron R. Easley |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Aaron R. Easley, Esq.<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>(908) 237-1660<br>Attorney for Defendant |

November 5, 2014
SO ORDERED:
S/ MKB

MARGO K. BRODIE
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg_____
                                                    Sergei Lemberg